910

No. 92-762. MAULDING v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92-774. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92-775. MAULA v. FRECKLETON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 92-777. INVENTION SUBMISSION CORP. v. FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 92-779. JOHNSON ET AL. v. THOMPSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 92-789. ATLANTIC RICHFIELD CO. v. UNITED STATES DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 92-795. POUNDS v. GRIEPENSTROH ET AL. C. A. 7th Cir. Certiorari denied.

No. 92-799. ENVIRONMENTAL PROTECTION AGENCY v. ENVIRONMENTAL COUNCIL OF SACRAMENTO, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92-801. COMMODITIES EXPORT CO. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92-808. KNIGHT v. CITY OF NEW ORLEANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 92-815. FIGUEROA v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92-824. GREAT DANE TRAILERS, INC. v. RUFFIN. C. A. 11th Cir. Certiorari denied.

No. 92-825. LEE ET AL. v. TALLADEGA COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. Certiorari denied.

No. 92-827. COPP v. UNITED STATES. C. A. 1st Cir. Certiorari denied.